**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| VIRGINIA BROWN | : | CIVIL NO. 3:15-CV-00880(SRU) |
| *Plaintiff-Appellee* | : | SECOND CIRCUIT 20-1623-CV |
| | : | |
| v. | : | |
| | : | |
| OFFICE OF THE STATE | : | |
| COMPTROLLER, | : | |
| BRENDA HALPIN | : | |
| In her individual capacity | : | |
| *Defendant-Appellant* | : | APRIL 29, 2021 |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, through counsel, and by stipulation do hereby agree to dismissal of the above-referenced case as to the Defendants, with prejudice. Each party shall pay its own costs and fees.

FOR THE PLAINTIFF,
VIRGINIA BROWN

BY:_/s/_Todd Steigman_____
Todd Steigman, Esq.
Madsen, Prestley & Parenteau, LLC
402 Asylum Street
Hartford, CT 06103
Tel: (860) 246-2466
Fax: (860) 246-1794
Email: TSteigman@mpp.justice.com
Federal Bar #ct26875
HER ATTORNEY

DEFENDANTS

WILLIAM TONG
ATTORNEY GENERAL

BY:__/s/ Josephine S. Graff__________
Josephine S. Graff
Assistant Attorney General
Employment Rights Department
165 Capitol Ave, Suite 5000
Hartford, CT 06106
Tel.: (860) 808-5340
Fax.: (860) 808-5383
E-mail: Josephine.Graff@ct.gov
Federal Bar No. ct24009

**CERTIFICATION**

I hereby certify that on April 29, 2021 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Josephine S. Graff*
Josephine S. Graff (#ct24009)
Assistant Attorney General